**Jody H. DERAMUS, Plaintiff–Aappellant,**

v.

**RESOLUTION TRUST CORPORATION (RTC); Federal Deposit Insurance Corporation (FDIC); Commonwealth Title Insurance Company; Chicago Title Insurance Company, Defendants–Appellees.**

No. 04–60291.

Summary Calendar.

United States Court of Appeals,
Fifth Circuit.

Decided Nov. 4, 2004.

W.O. Dillard, Jackson, MS, for Plaintiff–Appellant.

Lawrence H. Richmond, Federal Deposit Insurance Corporation, Washington, DC, William Collins Spencer, Mitchell, McNutt & Sams, Tupelo, MS, Robert R. Cirilli, Jr, Brunini, Gratham, Grower & Hewes, Jackson, MS, for Defendants–Appellees.

Before REAVLEY, BARKSDALE and GARZA, Circuit Judges.

PER CURIAM: *

We affirm the judgment for the following reasons:

1. The district court's grant of summary judgment did not deny Doramus due process. *Oglesby v. Terminal Transport Co.,* 543 F.2d 1111, 1113 (5th Cir.1976).

2. Doramus has not presented a triable issue on her claims regarding violations of zoning laws and restrictive covenants, because her lack of standing to pursue those claims has been preclusively determined in a previous suit. *See Winters v. Diamond Shamrock Chem. Co.,* 149 F.3d 387, 391 (5th Cir.1998).

3. Doramus has not made any showing that defendants made a false statement to her with knowledge of the statement's falsity or ignorance of its truth, and thus has not presented a triable claim of fraud under Mississippi law. *See Gamble v. Dollar Gen. Corp.,* 852 So.2d 5, 10 (Miss. 2003).

AFFIRMED.

* Pursuant to 5TH CIR. R. 47.5, the Court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.